

Ronald Abramson
212 822 0163
ronald.abramson@lewisbaach.com

**VIA ECF**

June 23, 2014

Clerk of the Court
United States District Court, District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    *WAG Acquisition, LLC v. Gattyán Group S.à.r.l., et al.*
            **Civil Action No. 2:14-cv-02832-ES-JAD**

Dear Clerk:

We represent the Plaintiff in the above-referenced matter.

Pursuant to Local Civil Rule 7.1(d)(5), Plaintiff requests an adjournment of the motion day of Dkt. 9, the motion to dismiss filed by one of the defendants, Duodecad IT Services USA, LLC, originally returnable on July 7, 2014. This motion has not previously been extended or adjourned.

Plaintiff seeks an automatic adjournment of the original motion day to the next available motion day, which is July 21, 2014.

                                  Sincerely,

                                  Ronald Abramson

Cc:

| Via ECF | Via First-Class Mail |
|---|---|
| Leda Dunn Wettre, Esq. | Gattyán Group S.à.r.l. |
| Keith J. Miller, Esq. | 44, Avenue John F. Kennedy, L-1855 |
| Michael J. Gesualdo, Esq. | Luxembourg, Grand Duchy of |
| Kevin O'Brien, Esq. | Luxembourg |
| Richard V. Wells, Esq. | |
| | Duodecad IT Services Luxembourg S.à.r.l. |
| | 44, Avenue John F. Kennedy, L-1855 |
| | Luxembourg, Grand Duchy of |
| | Luxembourg |