Leda Dunn Wettre
Keith J. Miller
Michael J. Gesualdo
**ROBINSON, WETTRE & MILLER LLC**
One Newark Center
19th Floor
Newark, NJ 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2760
LWettre@rwmlegal.com
KMiller@rwmlegal.com
MGesualdo@rwmlegal.com

**OF COUNSEL:**
Kevin O'Brien
Richard V. Wells
**BAKER & McKENZIE, LLP**
815 Connecticut Avenue, N.W.
Washington, D.C.20006
Telephone No.:  (202) 835-6143
Facsimile No.:  (202) 416-7143
Kevin.O'Brien@bakermckenzie.com
Richard.Wells@bakermckenzie.com

*Attorneys for Defendants Gattyán Group S.à r.l.,*
*Duodecad IT Services Luxembourg S.à r.l. and*
*Docler USA, LLC f/k/a Duodecad IT Services USA LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WAG ACQUISITION, L.L.C.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GATTYÁN GROUP S.à r.l., DUODECAD IT SERVICES LUXEMBOURG S.à r.l., and DOCLER USA, LLC f/k/a DUODECAD IT SERVICES USA LLC and DOES 1-20,<br><br>　　　　　Defendants. | Civil Action No. 2:14-02832 (ES) (JAD)<br><br>**AMENDED RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT DOCLER USA, LLC f/k/a <u>DUODECAD IT SERVICES USA LLC</u>** |

Pursuant to the Federal Rules of Civil Procedure 7.1(a), the undersigned counsel hereby amends the previously filed Rule 7.1 Disclosure Statement of Defendant Docler USA, LLC f/k/a Duodecad IT Services USA LLC. ("Docler USA") (Docket Entry 21), stating as follows: (i) Defendant Docler USA, LLC ("Docler USA") has a parent corporation, Docler Holdings S.à r.l., a Luxembourg company, which in turn has a parent corporation Gattyán Group S.à r.l., a Luxembourg company, and (ii) no publicly held corporation owns ten percent or more of Docler USA.

Dated:  August 18, 2014

Respectfully submitted,

*s/Leda Dunn Wettre*
  Leda Dunn Wettre
Keith J. Miller
Michael J. Gesualdo
**ROBINSON, WETTRE & MILLER LLC**
One Newark Center
19th Floor
Newark, NJ 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2760
LWettre@rwmlegal.com
KMiller@rwmlegal.com
MGesualdo@rwmlegal.com

**OF COUNSEL:**
Kevin O'Brien
Richard V. Wells
**BAKER & McKENZIE, LLP**
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
Telephone No.:  (202) 835-6143
Facsimile No.:  (202) 416-7143
Kevin.O'Brien@bakermckenzie.com
Richard.Wells@bakermckenzie.com

*Attorneys for Defendants Gattyán Group S.à r.l., Duodecad IT Services Luxembourg S.à r.l. and Docler USA, LLC f/k/a Duodecad IT Services USA LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record were served on this date with this document via CM/ECF.

Dated:  August 18, 2014

*s/Leda Dunn Wettre*
Leda Dunn Wettre