Ronald Abramson
David G. Liston
**LEWIS BAACH pllc**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 826-7001

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WAG ACQUISITION, L.L.C.**, <br><br> Plaintiff, <br><br> v. <br><br> **GATTYÁN GROUP S.à r.l.;** <br><br> **DUODECAD IT SERVICES LUXEMBOURG S.à R.L.;** <br><br> **DUODECAD IT SERVICES USA, LLC;** <br><br> **DOES 1-20,** <br><br> Defendants. | Case No.: 2:14-cv-02832-ES-JAD <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH REGARD TO DEFENDANT GATTYÁN GROUP S.à r.l. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses its claims in the above-captioned action against Defendant Gattyán Group S.à r.l., without prejudice.

Said dismissal shall not extend to Defendant Duodecad IT Services Luxembourg S.à r.l., Duodecad IT Services USA, LLC (now known as Docler USA, LLC), or to Defendants Doe 1 – Doe 20, also named in the above-captioned action.

Dated:    September 2, 2014

            RONALD ABRAMSON
            DAVID G. LISTON
            LEWIS BAACH PLLC
            The Chrysler Building
            405 Lexington Avenue
            New York, NY 10174
            Tel: (212) 826-7001


            By: /s/Ronald Abramson
               Ronald Abramson

            *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

On this 2nd day of September, 2014, I certify that I served upon counsel for Defendants a copy of the foregoing Notice of Voluntary Dismissal With Regard to Defendant Gattyán Group S.à r.l. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) via the Court's ECF filing system.

Dated: September 2, 2014

                                                s/ Ronald Abramson
                                                Ronald Abramson