Keith J. Miller
Michael J. Gesualdo
**ROBINSON MILLER LLC**
One Newark Center
Newark, NJ 07102
Telephone No.: (973) 690-5400
KMiller@rwmlegal.com
MGesualdo@rwmlegal.com

**OF COUNSEL:**
Kevin O'Brien
Richard V. Wells
**BAKER & McKENZIE, LLP**
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
Telephone No.:  (202) 835-6143
Facsimile No.:  (202) 416-7143
Kevin.O'Brien@bakermckenzie.com
Richard.Wells@bakermckenzie.com

*Attorneys for Defendants Gattyán Group S.à r.l.,*
*Duodecad IT Services Luxembourg S.à r.l. and*
*Docler USA, LLC f/k/a Duodecad IT Services USA LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WAG ACQUISITION, L.L.C.,<br><br>                              Plaintiff,<br><br>v.<br><br>GATTYÁN GROUP S.à r.l., DUODECAD IT SERVICES LUXEMBOURG S.à r.l., and DOCLER USA, LLC f/k/a DUODECAD IT SERVICES USA LLC and DOES 1-20,<br><br>                              Defendants. | Civil Action No.:  2:14-02832 (ES) (JAD)<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

PLEASE TAKE NOTICE that the firm of Robinson, Wettre & Miller LLC,

counsel for defendants Gattyán Group S.à r.l., Duodecad IT Services Luxembourg S.à r.l. and

Docler USA, LLC f/k/a Duodecad IT Services USA LLC has changed its name to Robinson Miller LLC.  The mailing address and contact information will remain the same.

Dated:   March 24, 2015                                              ROBINSON MILLER LLC

                                                                     By:    *s/Keith J. Miller*

                                                                        Keith J. Miller
                                                                        ROBINSON MILLER LLC
                                                                        One Newark Center, 19th Floor
                                                                        Newark, NJ 07102
                                                                        973-690-5400

CERTIFICATE OF SERVICE

      I certify that on March 24, 2015 I served the attached Notice of Firm Name Change upon all counsel of record via the United States District Court's electronic filing system.

                              By: *s/Keith J. Miller*
                                        Keith J. Miller