UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAG ACQUISITION, L.L.C., | : |
| Plaintiff, | : Civil Action No. 14-2340 (ES) (MAH) |
| v. | : |
| MULTI MEDIA, L.L.C., et al., | : |
| Defendants. | : |
| WAG ACQUISITION, L.L.C., | : |
| Plaintiff, | : Civil Action No. 14-2345 (ES) (MAH) |
| v. | : |
| DATA CONVERSIONS, INC., et al., | : |
| Defendants. | : |
| WAG ACQUISITION, L.L.C., | : |
| Plaintiff, | : Civil Action No. 14-2674 (ES) (MAH) |
| v. | : |
| FLYING CROCODILE, INC., et al., | : |
| Defendants. | : |

| | | |
|---|---|---|
| **WAG ACQUISITION, L.L.C.,** | : | |
| Plaintiff, | : | Civil Action No. 14-2832 (ES) (MAH) |
| v. | : | |
| **GATTYÁN GROUP S.à.r.l., et al.,** | : | |
| Defendants. | : | |
| **WAG ACQUISITION, L.L.C.,** | : | |
| Plaintiff, | : | Civil Action No. 14-3456 (ES) (MAH) |
| v. | : | |
| **FRIENDFINDER NETWORKS INC., et al.,** | : | |
| Defendants. | : | |
| **WAG ACQUISITION, L.L.C.,** | : | |
| Plaintiff, | : | Civil Action No. 14-4531 (ES) (MAH) |
| v. | : | |
| **VUBEOLOGY, INC., et al.,** | : | |
| Defendants. | : | |
| **WAG ACQUISITION, L.L.C.,** | : | |
| Plaintiff, | : | Civil Action No. 15-3581 (ES) (MAH) |
| v. | : | |
| **WEBPOWER, INC., et al.,** | : | **ORDER** |
| Defendants. | : | |

2

This matter comes before the Court on a Joint Motion of Defendants to Bifurcate Liability and Damages Discovery;

and the Court having received an opposition to the motion from Plaintiff;

and the Court having heard oral argument on the motion on July 15, 2016;

and the Court having considered the motion, opposition, relevant law and the oral arguments of the parties;

and for the reasons set forth in an oral opinion delivered on the record on September 29, 2016;[1]

and for good cause having been shown;

**IT IS** on this 29th day of September 2016,

**ORDERED** that the Joint Motion of Defendants to Bifurcate Liability and Damages Discovery, *WAG Acquisition, LLC v. Multi Media, L.L.C.*, Civ. No. 14-2340 [D.E. 79], *WAG Acquisition, LLC v.* Data Conversions, Inc., Civ. No. 14-2345 [D.E. 74], *WAG Acquisition, LLC v. Flying Crocodile, Inc.,* Civ. No. 14-2674 [D.E. 64], *WAG Acquisition, LLC v. Gattyán Group S.à.r.l.*, Civ. No. 14-2832 [D.E. 73], *WAG Acquisition, LLC v. Friendfinder Networks Inc.*, Civ. No. 14-3456 [D.E. 73], *WAG Acquisition, LLC v. Vubeology*, Civ. No. 14-4531 [D.E. 47], *WAG Acquisition, LLC v. Webpower, Inc.*, Civ. No. 15-3581 [D.E. 39], is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that liability and damages discovery is bifurcated;[2] and it is further

---

[1] A copy of this transcript may be obtained from King Transcription Services (973-237-6080).

[2] Also for the reasons stated on the record, the parties are advised that they are to complete all liability discovery before filing any motions for summary judgment. To the extent Defendants request leave to file a summary judgment motion pursuant to 35 U.S.C. § 101 and *Alice Corp. v. CLS Bank Int'l, 134 S. Ct. 2347 (2014),* before completing all liability discovery, and to reserve

3

**ORDERED** that damages discovery is stayed pending the completion of liability discovery and dispositive-motion practice, except that the parties are direct to proceed with any discovery under the Hague Convention.[3]

s/Michael A. Hammer
**UNITED STATES MAGISTRATE JUDGE**

---

the right to file another summary judgment motion following the completion of all liability discovery, that request is denied.

[3] *See* Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, opened for signature, Mar. 18, 1970, 23 U.S.T. 2555, T.I.A.S. No. 7444.