Keith J. Miller
Justin T. Quinn
**ROBINSON MILLER LLC**
One Newark Center
19th Floor
Newark, NJ 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2760
KMiller@rwmlegal.com
JQuinn@rwmlegal.com

**OF COUNSEL:**
Kevin O'Brien
Richard V. Wells
**BAKER & McKENZIE, LLP**
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
Telephone No.: (202) 835-6143
Facsimile No.: (202) 416-7143
Kevin.O'Brien@bakermckenzie.com
Richard.Wells@bakermckenzie.com

*Attorneys for Defendants Gattyán Group S.à r.l.,
DuoDecad IT Services Luxembourg S.à r.l. and
Docler Media, LLC f/k/a Docler USA, LLC f/k/a
Duodecad IT Services USA LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WAG ACQUISITION, L.L.C.,<br><br>                    Plaintiff,<br><br>            v.<br><br>**GATTYÁN GROUP S.à R.L., DUODECAD IT SERVICES LUXEMBOURG S.à R.L., and DOCLER MEDIA, LLC f/k/a Docler USA, LLC f/k/a DUODECAD IT SERVICES USA LLC**<br><br>                    Defendants. | Case No. **2:14-cv-2832 (ES) (MAH)**<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

2

PLEASE TAKE NOTICE that Robinson Miller LLC, counsel for Defendants DuoDecad IT Services Luxembourg S.à.r.l. and Docler Media, LLC, informs the Court that Marc Cavan, Esq. of Baker & McKenzie LLP withdraws his pro hac vice admission and appearance as of counsel and requests that the Clerk discontinue electronic notifications to him in this action.

PLEASE TAKE FURTHER NOTICE that this Firm will continue to remain as of counsel of record in this action

Dated: December 7, 2017                    Respectfully submitted,

By:     s/ Justin T. Quinn
**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, NJ 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2760
jquinn@rwmlegal.com

**OF COUNSEL**:
Kevin M. O'Brien
Richard V. Wells
**BAKER & McKENZIE, LLP**
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
Telephone No.:  (202) 452-7032
Facsimile No.:  (202) 416-7143
Kevin.Obrien@bakermckenzie.com
Richard.wells@bakermckenzie.com

*Attorneys for DuoDecad IT Services Luxembourg S.à r.l. and Docler Media, LLC*

## **CERTIFICATE OF SERVICE**

On this 7th day of December of 2017, I certify that I caused a true and correct copy of the aforementioned to be served upon the listed counsel of record for Plaintiff via e-mail delivery.

Dated: December 7, 2017

s/ Justin T. Quinn<br>Justin T. Quinn