Ronald Abramson
David G. Liston
Ari J. Jaffess
M. Michael Lewis
Alex G. Patchen (*pro hac vice*)
**LEWIS BAACH**
 **KAUFMANN MIDDLEMISS pllc**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 826-7001
*Attorneys for Plaintiff*

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
NEW JERSEY

| | |
|---|---|
| **WAG ACQUISITION, L.L.C.**,<br><br>   Plaintiff,<br><br>   v.<br><br>**DUODECAD IT SERVICES LUXEMBOURG S.à R.L., and DOCLER MEDIA, LLC f/k/a Docler USA, LLC f/k/a DUODECAD IT SERVICES USA LLC**<br><br>   Defendants. | Case No.: **2:14-cv-2832-ES-MAH**<br><br>Return Date: **January 2, 2018** |

**NOTICE OF CROSS-MOTION TO DISMISS DEFENDANT
DOCLER MEDIA, LLC WITHOUT PREJUDICE**

To: Clerk, United States District Court
   District of New Jersey
   Martin Luther King Building & U.S. Courthouse
   50 Walnut Street
   Newark, New Jersey 07102

Justin T. Quinn
ROBINSON MILLER LLC
One Newark Center
Newark, New Jersey 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2761
JQuinn@rwmlegal.com

Kevin O'Brien (Pro Hac Vice)
Richard V. Wells (Pro Hac Vice)
BAKER & McKENZIE, LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
Telephone No.: (202) 835-6143
Facsimile No.: (202) 416-7143
Kevin.O'Brien@bakermckenzie.com
Richard.Wells@bakermckenzie.com

*Attorneys for Defendants Duodecad IT Services*
*Luxembourg S.à r.l. and Docler Media LLC*

**PLEASE TAKE NOTICE** that on the 2nd day of January, 2018, Plaintiff WAG Acquisition, L.L.C. ("Plaintiff"), by and through its counsel, Lewis Baach Kaufmann Middlemiss pllc, shall cross-move before the Honorable Esther Salas, U.S.D.J. pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, for an order dismissing Defendant Docler Media, LLC f/k/a Docler USA. LLC LLC f/k/a Duodecad IT Services USA LLC ("Docler Media") from this action without prejudice, and that both Plaintiff and Docler Media shall bear their own costs.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the Memorandum of Law submitted in opposition to Defendants' Motion to Dismiss For Lack of Subject Matter Jurisdiction, or Alternatively, to Dismiss for Improper Venue, or to Transfer and in Support of Plaintiff's Cross-motion to Dismiss Docler Media, LLC Without Prejudice, and all pleadings and memoranda on file in this action.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service also is submitted herewith.

Dated: December 19, 2017

Respectfully submitted,

RONALD ABRAMSON
DAVID G. LISTON
ARI J. JAFFESS
M. MICHAEL LEWIS
ALEX G. PATCHEN (*pro hac vice*)
**LEWIS BAACH KAUFMANN MIDDLEMISS pllc**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

By: s/ Ronald Abramson
  Ronald Abramson
Tel: (212) 822-0163

*Attorneys for Plaintiff*