**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

September 27, 2018

**LETTER ORDER**

Re:   *WAG Acquisition, L.L.C. v. Gattyan Group S.a.r.1, et al.*
      **Civil Action No. 14-2832 (ES) (MAH)**

Dear Counsel:

Before the Court is Plaintiff's motion to dismiss Defendant Docler Media, LLC. (D.E. No. 152). The motion relies on Plaintiff's opposition (D.E. No. 153) to Defendants' motion to dismiss (D.E. No. 148). (*See* D.E. No. 152). But that motion to dismiss, i.e. docket entry number 148, was administratively terminated on June 29, 2018, to permit a number of similar motions in related actions to be resolved together in normal course. (*See* D.E. No. 166).

Accordingly, **for administrative purposes only**, the Clerk of Court shall also TERMINATE docket entry number 152.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J.**