**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **WAG ACQUISITION, L.L.C.**, <br><br> Plaintiff, <br><br> v. <br><br> **GATTYÁN GROUP S.à r.l., et al.**, <br><br> Defendants. | Case No.: 2:14-02832-ES-MAH |

**DECLARATION OF RONALD ABRAMSON IN SUPPORT OF PLAINTIFF'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Ronald Abramson, ESQ., declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney at law and partner with the firm Liston Abramson LLP, attorneys for Plaintiff WAG Acquisition, L.L.C. ("WAG") in the above-referenced action. I submit this Declaration in support of WAG's Responsive Claim Construction Brief.

2. A true and correct copy of excerpts of the Transcript of the Feb. 22, 2021 Deposition of Dr. Schuyler Quackenbush is attached hereto as Exhibit 1.

3. A true and correct copy of excerpts of the Transcript of the Feb. 24, 2021 Deposition of Keith Teruya is attached hereto as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

Dated: March 4, 2021                                                        /s Ronald Abramson
                                                                                           Ronald Abramson