# Exhibit 2



Deposition of:

# Keith Teruya

*February 24, 2021*

In the Matter of:

# WAG Acquistions v Gattyan Group

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

WAG ACQUISITION, L.L.C.,           )
                                   )
        Plaintiff,                 )
                                   )
    vs.                            )  Civil Action
                                   )  No. 2:14-cv-02832
GATTYAN GROUP S.a.r.l., et         )  (ES)(MAH)
al,                                )
                                   )
        Defendants.                )

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
KEITH J. TERUYA
Taken in behalf of Defendants
\* \* \*

February 24, 2021

McMinnville, Oregon

Teresa L. Dunn, CSR, CCR, RPR
Court Reporter

```
                                                          Page 2

 1              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
 2                       AT SEATTLE
 3                                    )
     WAG ACQUISITION, L.L.C.,         )
 4                                    )
                 Plaintiff,           )
 5                                    )
                    vs.               )  Case No.
 6                                    )  2:19-cv-01278-BJR
     FLYING CROCODILE, INC.,          )
 7   d/b/a FCI, INC., et al,          )
                                      )
 8               Defendants.          )
 9
10       VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
11                   KEITH J. TERUYA
12           Taken in behalf of Defendants
13
14                      *   *   *
15
16                 February 24, 2021
17
18                 McMinnville, Oregon
19
20
21
22
23
24      Teresa L. Dunn, CSR, CCR, RPR
25      Court Reporter
```

```
                                                        Page 3
 1          ALL APPEARANCES REMOTE VIA ZOOM:
 2     For the Plaintiff:
 3     MR. RONALD ABRAMSON
       MR. MICHAEL LEWIS
 4     Liston Abramson, LLP
       The Chrysler Building
 5     405 Lexington Avenue
       46th Floor
 6     New York, NY 10174
       212-257-1630
 7     ron.abramson@listonabramson.com
       michael.lewis@listonabramson.com
 8
 9     For the Defendants:
10     MR. RICHARD V. WELLS
       MR. KEVIN O'BRIEN
11     Baker & McKenzie, LLP
       815 Connecticut Avenue, N.W.
12     Washington, DC 20006
       202-835-6143
13     richard.wells@bakermckenzie.com
       kevin.obrien@bakermckenzie.com
14
15     Also Present:
       DaShun Montgomery, Videographer
16
17
18
19
20
21
22
23
24
25
```

```
                                                        Page 4
 1                          INDEX
 2
 3      Examination by:                                 Page
        MR. WELLS                                          7
 4      MR. ABRAMSON                                      92
 5
 6                         EXHIBITS
 7      Exhibit      Description                        Page
        1            Notice of Taking Remote               5
 8                   Virtual Deposition
        2            Notice of Taking Remote               5
 9                   Virtual Deposition
        3            Declaration of Keith J.              15
10                   Teruya
        4            Declaration of Keith J.              15
11                   Teruya
        5            Declaration of Keith J.              15
12                   Teruya
        6            Declaration of Keith J.              15
13                   Teruya
        7            U.S. Patent 8,327,011                15
14      8            U.S. Patent 8,122,141                15
        9            U.S. Patent 8,185,611                15
15      10           U.S. Patent 8,364,839                15
        11           Keith J. Teruya, Executive           17
16                   Summary
17
18
19
20
21
22
23
24
25
```


Page 27

```
 1   the fact that you gave the appropriate context    10:42:08
 2   in the beginning to say that bit was part of the  10:42:11
 3   media data.                                       10:42:15
 4        Q.   Okay.  So let me re-ask it and see if   10:42:18
 5   this is correct.  If it's established that the    10:42:23
 6   bit is part of audio or video media data then     10:42:26
 7   that bit, you would consider it to be a media     10:42:30
 8   data element; is that correct?                    10:42:34
 9        A.   No.  I would consider that to be a media 10:42:34
10   data bit which is part of a media data element.   10:42:38
11        Q.   Okay.  So in that case what is the media 10:42:44
12   data element that comprises that media data bit?  10:42:49
13        A.   You just defined it.  You said it was   10:42:53
14   audio or video.                                   10:42:56
15        Q.   What's the length of --                 10:43:03
16        A.   That's the example that you gave to me. 10:43:04
17        Q.   What length does that media data element 10:43:07
18   need to be to constitute a media data element?    10:43:11
19        A.   It doesn't have to have specific length 10:43:13
20   because it's defined by its use, use and type.    10:43:20
21        Q.   A media data element is defined by its  10:43:29
22   use and type?                                     10:43:35
23        A.   No.  I said -- you asked me how can I   10:43:36
24   define it.  I gave you the answer, it's defined   10:43:39
25   by use and type.                                  10:43:42
```

```
                                                        Page 54
 1    of the user buffer will fill the rate of 32,000     11:40:07
 2    bits per second.                                    11:40:12
 3           Do you see that?                             11:40:13
 4    A.   Yes.                                           11:40:14
 5    Q.   Are those units that you would                 11:40:15
 6    understand the rate to be measured in?              11:40:19
 7    A.   Yes, but remember I mentioned in my            11:40:20
 8    previous answer about measurement at what level?    11:40:26
 9    Do you remember what I said?                        11:40:33
10    Q.   Okay.  So what level is this discussing       11:40:36
11    here?                                               11:40:38
12    A.   This is that a media -- a physical             11:40:38
13    network transport media discussion about how        11:40:43
14    many bits per second the internet channel is.       11:40:49
15           We're not talking about media movement       11:40:53
16    here.  We're talking about the maximum rate at      11:40:56
17    which the media could move at this -- by these      11:40:59
18    definitions of bit rates way down at the            11:41:03
19    Ethernet or transport media level, not the media    11:41:09
20    at the upper levels of frame rates for video or     11:41:15
21    anything like that.                                 11:41:19
22           And what this would dictate is the           11:41:20
23    responsiveness from a programmatic standpoint       11:41:24
24    about the size of the initial buffer and what is    11:41:28
25    required to make sustained transmission             11:41:31
```

```
                                                      Page 55

 1    uninterrupted and what these things will define      11:41:36
 2    is the outside capacity of what you can do.          11:41:41
 3        Q.   Okay.  So the sending rate in claim 1 of    11:41:47
 4    the '611 patent is not discussing the data           11:41:51
 5    transmission at the transport layer, correct?        11:41:58
 6             MR. ABRAMSON:  Object to the form.          11:42:01
 7             THE WITNESS:  That's not -- do you want     11:42:02
 8    to rephrase that question because there are          11:42:10
 9    elements to that statement that are not              11:42:14
10    reflected in what the claim is asserting to.         11:42:21
11        Q.   (By Mr. Wells) Okay.  I'm just looking      11:42:25
12    at your previous answer.  You said that the bits     11:42:27
13    per second discussion in column 9 has to do with     11:42:34
14    data movement at the transport layer, correct?       11:42:38
15        A.   At the transport media layer.               11:42:41
16        Q.   Okay.  So my question is, the sending       11:42:46
17    rate described in claim 1 of the '611 patent is      11:42:52
18    not the rate at that transport media layer,          11:42:56
19    correct?                                             11:43:00
20             MR. ABRAMSON:  Object to the form.          11:43:00
21             THE WITNESS:  The example that you made     11:43:01
22    me reference, that we just finished referencing,     11:43:08
23    was to provide an example of why it is you may       11:43:13
24    or may not need to fill buffers, at what             11:43:19
25    capacity based, say, on what level of                11:43:27
```

```
                                                     Page 63
 1    an I-frame.  Do you see that?                  11:53:33
 2        A.    Hang on, give me just a moment.      11:53:36
 3        Q.    Sure.                                11:53:42
 4              MR. ABRAMSON:  What exhibit is this? 11:53:43
 5              MR. WELLS:  It's Exhibit 4.          11:53:45
 6              MR. ABRAMSON:  4?                    11:53:50
 7              MR. WELLS:  Yes.                     11:53:51
 8              THE WITNESS:  Okay.  I'm there.      11:53:53
 9        Q.    (By Mr. Wells) So is an I-frame a media 11:53:54
10    data element?                                  11:54:07
11        A.    Yes.                                 11:54:07
12        Q.    Is it true that some frames may be   11:54:07
13    larger than other frames?                      11:54:15
14        A.    Yes.                                 11:54:17
15        Q.    So it's your testimony that a media data 11:54:17
16    element can vary in length, correct?           11:54:23
17        A.    Well, my definition of media data    11:54:24
18    elements is elements.  So, you know, if you want 11:54:34
19    to get specific let's define what we're talking 11:54:36
20    about with respect to size because elements to 11:54:42
21    me refers to any object related to that        11:54:48
22    definition.  You are getting down to size.     11:54:51
23              Are we talking about segment sizes?  11:54:57
24        Q.    No, my question was on frame sizes.  11:55:01
25        A.    Okay.                                11:55:05
```