

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

July 29, 2021

**VIA ECF**

Hon. Esther Salas, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *WAG Acquisition, L.L.C. v. Gattyan Group S.à r.l., et al.,*
              **Civil Action No. 14-cv-02832 (ES) (MAH)**

Dear Judge Salas:

      This Firm, along with Baker & McKenzie LLP and Young Basile Hanlon & MacFarlane, P.C., represents Defendant Duodecad IT Services Luxembourg S.à r.l. in the above-captioned matter.

      On June 30, 2021, the Court stayed this action until July 31, 2021 to allow the Parties to draft and execute a settlement agreement. (ECF No. 303). Together with Plaintiff WAG Acquisition, L.L.C., we write to respectfully request that the Parties be given an additional twenty days (20) to finalize the agreement—*i.e.*, until August 20, 2021. The Parties continue to work together cooperatively and productively, but this brief extension is needed for the Parties to obtain a fully-executed settlement agreement.

      If this application meets with Your Honor's approval, the Parties kindly ask that this letter be endorsed on the "**SO ORDERED**" line provided below. The Parties thank the Court for its consideration of this submission.

      Respectfully,

      s/ Justin T. Quinn
      Justin T. Quinn

**SO ORDERED.**

_____
**HON. ESTHER SALAS, U.S.D.J.**

cc:    All counsel of record (via ECF)